```
FILED & JUDGMENT ENTERED
    Steven T. Salata


    October  13  2017



 Clerk, U.S. Bankruptcy Court
Western District of North Carolina
```



_____
Laura T. Beyer
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **CHRISTOPHER DEE COTTON** | § | **Case No. 14-30287** |
| **ALLISON HEDRICK COTTON** | § | **Chapter 13** |
| | § | |
| **Debtors** | § | |
| | § | |
| **CHRISTOPHER DEE COTTON** | § | |
| and | § | **ADVERSARY NO. 17-03056** |
| **ALLISON HEDRICK COTTON,** | § | |
| on behalf of themselves and all | § | |
| others similarly-situated, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **WELLS FARGO & CO. and** | § | |
| **WELLS FARGO BANK, N.A.** | § | |
| | § | |
| **Defendants.** | § | |

**CONSENT ORDER REGARDING MEDIATED SETTLEMENT SCHEDULE**

The Parties, having agreed that it is desirable to pursue good faith class settlement negotiations in this case, hereby present their joint proposed schedule for mediated settlement discussions. The Parties agree to the following mediation schedule:

| Date | Event |
|---|---|
| October 9, 2017 | Parties have agreed on Christopher Nolland as the mediator. |
| October 11, 2017 | Status conference on proposed schedule for mediation. |
| October 13, 2017 | Date set for continued hearing for ruling on Plaintiffs' motion for preliminary injunction. Should be cancelled due to Parties' agreement of a mediated settlement schedule. |
| October 13, 2017 | Deadline for Plaintiffs' request for information from Defendants for purpose of efforts to negotiate nationwide class settlement. This is without prejudice to Plaintiffs seeking additional information after this date as needed to facilitate the settlement efforts, including during the mediation process. |
| October 18, 2017 | Conference among the parties to discuss Plaintiffs' initial information request and Defendants' position in response. |
| November 3, 2017 | Subject to the October 18 discussion (and potential follow-on discussions) and potential scope and relevance objections, Defendants will produce information responsive to Plaintiff's October 13 requests for information. The Parties will work in good faith to resolve any scope or relevance objections. If necessary, the Parties will engage Mr. Nolland to resolve any such disputes. |
| Nov. 4–Dec. 10, 2017 | Evaluation of information and begin settlement talks, if appropriate. Parties contemplate that they each will meet or confer separately with the mediator to educate him about the case, including the contested issues. |
| Dec.11, 13, 2017 | Mediation in a location to be agreed by Parties. The Parties contemplate that this particular mediation session will be held in Dallas. |
| December 18, 2017 | Report to Court regarding the results of mediation and including proposal for a schedule for follow-on actions depending on whether case is settled. |

| | |
|---|---|
| December 20, 2017 | If settlement not reached and Parties do not wish to continue with mediated settlement discussions, Defendants' answer to Plaintiffs' first amended complaint is due. |
| January 18, 2018 | Continued hearing on ruling on Plaintiffs' motion for preliminary injunction. Court's choice of hearing date (may be in January 2018). Consent Order entered at Docket No. 58 to stay in effect until hearing date for ruling on Plaintiffs' motion for preliminary injunction. |
| January 22, 2018 | Additional mediation, if needed. |
| January 26, 2018 | (If needed) send report to Court regarding the results of mediation and including a proposal for a schedule for follow-on actions depending on whether case is settled. |
| January 29, 2018 | If settlement not reached and Parties do not wish to continue with mediated settlement discussions, Defendants' answer to Plaintiffs' first amended complaint is due. |
| February 23, 2018 | Continued hearing on ruling on Plaintiffs' motion for preliminary injunction. Court's choice of hearing date. Consent Order entered at Docket No. 58 to stay in effect until hearing date for ruling on Plaintiffs' motion for preliminary injunction. |

This schedule is without prejudice to any Party to seek any relief from the Court it deems necessary, and is without prejudice to the Parties to seek to change any dates listed in the schedule, upon agreement of the Parties or pursuant to further order from the Court.

CONSENTED TO:

/s/ Theodore O. Bartholow III ("Thad")
Theodore O. Bartholow III ("Thad")
Texas State Bar No. 24062602
O. Max Gardner III
N.C. State Bar No. 6164
Karen L. Kellett
Texas State Bar No. 11199520
Kellett & Bartholow PLLC
11300 N. Central Expressway, Suite 301
Dallas, TX 25243
Telephone: 214.696.9000
thad@kblawtx.com

/s/ J. Trevor Johnston
Scott P. Vaughn, N.C. State Bar No. 13741
William C. Mayberry, N.C. State Bar No. 20572
J. Trevor Johnston, N.C. State Bar No. 31620
Anita M. Foss, N.C. State Bar No. 47743
MCGUIREWOODS, LLP
201 North Tryon Street
P.O. Box 31247
Charlotte, NC 28231
Telephone: 704.343.2000
Email: tjohnston@mcguirewoods.com
*Counsel for Defendant Wells Fargo Bank, N.A.*

*/s/ Frederick L. Henderson*
Wayne Sigmon, NC Bar # 7318
Frederick L. Henderson, Jr., NC Bar # 43586
Sigmon & Henderson, PLLC
518 South New Hope Road
Gastonia, NC 28054
Telephone: 704.865.6265
*Counsel for Plaintiffs*

| | |
|---|---|
| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order. | United States Bankruptcy Court Western District of North Carolina |